**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SPRINTRAY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ASIGA PTY LTD., and<br>ASIGA AMERICA, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 26-1367-GBW |

**STIPULATION AND [PROPOSED] ORDER REGARDING ACCEPTANCE OF SERVICE AND EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

WHEREAS, Plaintiff SprintRay, Inc. ("Plaintiff") filed its Complaint in this action against Defendants Asiga Pty Ltd. and Asiga America, Inc. (together, "Defendants");

WHEREAS, Asiga America, Inc. was served on October 26, 2026, and its deadline to answer, move, or otherwise respond to the Complaint is November 16, 2026;

WHEREAS, Asiga Pty Ltd. has not been served, and its counsel has agreed to accept service of the Summons and Complaint on its behalf; and

WHEREAS, the parties have conferred and agreed, subject to the approval of the Court, to the terms set forth below;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, subject to the approval of the Court, that:

1. Counsel for Asiga Pty Ltd. accepts service of the Summons and Complaint on behalf of Asiga Pty Ltd., effective as of the date of this Stipulation. Asiga Pty Ltd. waives any defense of insufficient process or insufficient service of process but otherwise reserves all defenses, objections, and rights.

2. The time for Defendants Asiga Pty Ltd. and Asiga America, Inc. to answer, move, or otherwise respond to the Complaint is extended through and including **January 15, 2027.**

Dated: November 16, 2026

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Nicole K. Pedi (#6236)
1313 N. Market Street, 7th Floor
Wilmington, DE 19801
(302) 984-6000
provner@potteranderson.com
npedi@potteranderson.com

*Attorneys for Plaintiff SprintRay, Inc.*

BILLION LAW

By: */s/ Mark M. Billion*
Mark M. Billion (No. 5263)
20184 Coastal Hwy., Suite 205
Rehoboth Beach, DE 19971
(302) 428-9400
markbillion@billionlaw.com

*Attorneys for Defendants Asiga Pty Ltd. and Asiga America, Inc.*

OF COUNSEL:

Casey Kniser
Tom Zuber
ZUBER LAWLER LLP
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
(312) 771-3194

IT IS SO ORDERED this ____ day of ________________, 2026.

______________________________
United States District Judge